STATE OF NEW JERSEY v. ARTHUR GREEN.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL MERCER.

May 13, 1980.

Petition for certification denied.

NORTH BERGEN FEDERATION OF TEACHERS v. BOARD OF EDUCATION OF THE TOWNSHIP OF NORTH BERGEN, HUDSON COUNTY.

May 13, 1980.

Petition for certification denied.